U. S. DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Acosta, et al.,                    ) | A M E N D E D |
| ) | DEFAULT JUDGMENT |
| Plaintiffs,            ) | |
| ) | |
| vs.                      ) | CV 14-00452-PHX-JJT |
| ) | |
| AlpineGate Technologies LLC, et al.,    ) | |
| ) | |
| Defendants.           ) | |
| ) | |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and upon Application of Plaintiffs, default judgment is entered against Defendants AlpineGate Technologies LLC, John Godel and Samiye Godel as follows: (1) in favor of Plaintiff Anna Acosta in the amount of $5,712.00 in unpaid wages and damages and $2,799.00 in attorneys' fees and costs; (2) in favor of Plaintiff Nola Isla in the amount of $67,800.99 in unpaid wages and damages and $2,799.00 in attorneys' fees and costs; and (3) in favor of Plaintiff Jorge Forero in the amount of $183,530.16 in unpaid wages and damages and $2,799.00 in attorneys' fees and costs; for all of which sums let execution issue. These amounts shall bear interest at the federal rate from the date of Judgment until paid.

Dated: November 17, 2014                    BRIAN D. KARTH, Clerk/DCE

By: s/ K. Gerchar

K. Gerchar, Deputy Clerk

cc:  all counsel